| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2016
David J. Bradley, Clerk

O.W. Bunker USA, Inc., §
§
          Plaintiff, §
§
versus §      Civil Action H-16-2813
§
HSL Shipping & Logistics §
(NA) Inc., et al., §
§
          Defendants. §

# Order

If Castleton Commodities Shipping Co. PTE Ltd. is not entitled to the funds it has sequestered, they will not be disbursed until O.W. Bunker has a hearing.

Signed on September 30, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge